FILED

SEP 1 2 2018

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KIMBERLY NASH, ) <br> ) <br> Defendant. ) | 4:18CR764 RWS/PLC |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about January 27, 2016, within the Eastern District of Missouri, the defendant,

**KIMBERLY NASH,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $965.00 in the form of Social Security Administration Minor Survivor benefit payments, creating a total loss to the government in excess of $1,000.00.

In violation of Title 18, United States Code, Section 641.

1

## COUNT TWO

The Grand Jury further charges that:

On or about February 24, 2016, within the Eastern District of Missouri, the defendant,

**KIMBERLY NASH,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $965.00 in the form of Social Security Administration Minor Survivor benefit payments, creating a total loss to the government in excess of $1,000.00.

In violation of Title 18, United States Code, Section 641.

## COUNT THREE

The Grand Jury further charges that:

On or about May 27, 2016, within the Eastern District of Missouri, the defendant,

**KIMBERLY NASH,**

in a matter within the jurisdiction of the Social Security Administration, a department of the United States, did knowingly and willfully make and cause to be made a false, fictitious, and fraudulent statement and representation as to a material fact and did make and use and cause to be made and used a false document, knowing the same to contain a materially false, fictitious and fraudulent statement, in that, in a document entitled "Representative Payee Report," did state

2

and represent and cause to be stated and represented that her minor child resided with her, and as defendant **KIMBERLY NASH** well knew, her minor child did not reside with her at that time.

In violation of Title 18, United States Code, Section 1001(a).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN,
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney

3